KALAH A. PAISLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: kalah.paisley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

FEB 1 9 2021

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **NASH DEVINE ANGEL INGRAHAM,** **Defendant** | CR 21- 06 -GF-BMM **INDICTMENT** **KIDNAPPING (Count I)** Title 18 U.S.C. §§ 1153(a) and 1201(a)(2) (Penalty: Life imprisonment, $250,000 fine, and five years of supervised release) **AGGRAVATED SEXUAL ABUSE (Count II)** Title 18 U.S.C. §§ 1153(a) and 2241(a) (Penalty: Life imprisonment, $250,000 fine, and not less than five years to lifetime supervised release) **STRANGULATION (Count III)** Title 18 U.S.C. §§ 1153(a) and 113(a)(8) (Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |

1

|   | **ASSAULT WITH A DANGEROUS WEAPON (Count IV)**<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(3)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>**ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY (Count V)**<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about February 11, 2020, at or near Browning, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian country, the defendant, NASH DEVINE ANGEL INGRAHAM, an Indian person, intentionally and unlawfully seized, confined, kidnapped, and held for ransom, reward, and otherwise, Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 1201(a)(2).

COUNT II

That on or about February 11, 2020, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, NASH DEVINE ANGEL INGRAHAM, an Indian person, knowingly engaged in a sexual act with Jane Doe by

2

using force against Jane Doe and threatening and placing Jane Doe in fear that any person will be subjected to death, serious bodily injury and kidnapping, in violation of 18 U.S.C. §§ 1153(a) and 2241(a).

COUNT III

That on or between December 13, 2020, and December 17, 2020 at or near East Glacier, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, NASH DEVINE ANGEL INGRAHAM, an Indian person, assaulted Jane Doe, an intimate partner and dating partner of the defendant, NASH DEVINE ANGEL INGRAHAM, by strangling Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

COUNT IV

That on or between December 13, 2020, and December 17, 2020, at or near East Glacier, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, NASH DEVINE ANGEL INGRAHAM, an Indian person, with specific intent to commit bodily harm, intentionally assaulted Jane Doe with a dangerous weapon, a razor blade, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

COUNT V

That on or between December 13, 2020, and December 17, 2020, at or near East Glacier, in Glacier County, in the State and District of Montana, and within the

exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, NASH DEVINE ANGEL INGRAHAM, an Indian person, intentionally assaulted Jane Doe, an intimate and dating partner of the defendant, NASH DEVINE ANGEL INGRAHAM, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____